**Order filed February 8, 2022**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-21-00660-CV

_____

### JOHNNIE C. WALKER, Appellant

### V.

### TSY PROPERTY MANAGEMENT LLC, Appellee

**On Appeal from the County Court at Law No. 2**
**Fort Bend County, Texas**
**Trial Court Cause No. 21-CCV-069773**

## O R D E R

Appellant's brief was due February 2, 2022. No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **March 10, 2022**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel Consists of Chief Justice Christopher and Justices Bourliot and Spain.